B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT **WESTERN DISTRICT OF ARKANSAS** | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **TBones Management  LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Magnuson Grand Hotel; DBA Guest House Hotel; DBA Grand Hotel;** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **46-1134709** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1255 S. Shiloh Drive Fayetteville, Arkansas**     ZIP CODE **72703** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business: **WASHINGTON** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. Drawer 3456 Fayetteville, AR**     ZIP CODE **72702** | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **Hotel industry** | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **TBones Management  LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: **Western District of Arkansas** | Case Number: **5:13-bk-74095** | Date Filed: **December 16, 2013** |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td colspan="1"><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td colspan="1"><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s):  TBones Management  LLC |
| *(This page must be completed and filed in every case.)* | |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (if not represented by attorney)<br><br>_____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X  **/s/ Bianca M. Rucker**<br>  Signature of Attorney for Debtor(s)<br>**Bianca M. Rucker**<br>  Printed Name of Attorney for Debtor(s)<br>**Wright, Lindsey & Jennings LLP**<br>  Firm Name<br><br>**3333 Pinnacle Hills Pkwy, Ste. 510**<br>**Rogers, Arkansas 72758**<br>  Address<br>**(479) 986-0888**<br>  Telephone Number<br>**April 1, 2015**<br>  Date<br>**Bar No.: 2006310**<br>**Fax: (501) 376-9442**<br>**E-mail: brucker@wlj.com**<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **/s/ Jill Jacoway**<br>  Signature of Authorized Individual<br>**Jill Jacoway**<br>  Printed Name of Authorized Individual<br>**Receiver for the Corporation named as debtor in this case**<br>  Title of Authorized Individual<br>**April 1, 2015**<br>  Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF ARKANSAS

In re **TBones Management  LLC**_____,      Case No. _____

_Debtor_

Chapter **11**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 6,100,000.00 | | |
| B - Personal Property | YES | 3 | $  325,208.62 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $  1,807,164.36 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 10 | | $  275,209.77 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $  415,312.47 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 42 | $ 6,425,208.62 | $  2,497,686.60 | |

B6A (Official Form 6A) (12/07)

In re **TBones Management  LLC,**                                         Case No. _____

_____
                        **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Magnuson Grand Hotel at 1255 S. Shiloh Drive - 7.90 acres - building has 196 hotel rooms, restaurant, bar, meeting rooms and offices | Joint Tenant Subject to Mortgage | | $6,100,000.00 | $1,792,664.36 |
| | | Total ▶ | $6,100,000.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re   **TBones Management  LLC,**                                                          Case No. _____
                                     Debtor                                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Receiver Maintains an Account at Bank of Fayetteville | | $44,208.62 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Receiver has account with City of Fayetteville | | $10,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re TBones Management  LLC,                                    Case No.  _____
                          **Debtor**                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Arkansas Beer, Wine, Mixed Drinks Sales License - Not transferrable without regulatory approval of State of Arkansas-Alcoholic Beverage Control Board - Picked up by ABC on February 2013 - Due to non-payment the permits was not being renewed for 2015-2016 fiscal year | | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  **TBones Management  LLC,**  _____          Case No.  _____

_____ **Debtor** _____                                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies.. | | Hotel furnishings, restaurant furnishings, office and business equipment | | $250,000.00 |
| | | Desks, chairs and computers used in offices | | $20,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | House keeping supplies | | $1,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_ continuation sheets attached            Total ▶

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

|  | $325,208.62 |
|---|---|

B 6D (Official Form 6D) (12/07)

In re  **TBones Management  LLC**_____,   Case No. _____
                    Debtor                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**A Better Deal Heating & Air**<br>**ATTN: Eric Koska**<br>**2815 N. Cassius Lane**<br>**Fayetteville, AR 72704** | | | **Mechanic's or Materialman's Lien**<br><br>VALUE $        **$0.00** | | | | $14,500.00 | $14,500.00 |
| ACCOUNT NO.<br>**H & C Fayetteville Clarion, LLC**<br>**4119 Massard Road**<br>**Fort Smith, AR 72903** | X | | First Mortgage<br><br>Magnuson Grand Hotel at 1255 S. Shiloh Drive - 7.90 acres - building has 196 hotel rooms, See Attachment 1<br>VALUE $ **$6,100,000.00** | | | | $1,792,664.36 | $0.00 |
| ACCOUNT NO. | | | VALUE $        **$0.00** | | | | $0.00 | |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $   1,807,164.36 | $   14,500.00 |
| Total ▶<br>(Use only on last page) | $   1,807,164.36 | $   14,500.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

# Attachment

**Attachment 1**

restaurant, bar, meeting rooms and offices

B 6E (Official Form 6E) (04/13)

In re **TBones Management  LLC** _____ ,      Case No. _____
                                  Debtor                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                              **9**   continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re TBones Management  LLC                              ,        Case No. _____
            **Debtor**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Arkansas Dept of Finance & Administration<br>PO Box 1272<br>Little Rock, AR 72203 | | | State Taxes | | | | $15,000.00 | $15,000.00 | $0.00 |
| Notes: Sales and Use Tax due for December 2013 | | | | | | | | | |
| Account No. <br><br>Arkansas Dept. of Finance & Administration<br>PO Box 1272<br>Little Rock, AR 72203 | | | State Taxes | | | | $15,000.00 | $15,000.00 | $0.00 |
| Notes: Payroll Taxes due for December 2013 | | | | | | | | | |
| Account No.        -SLS<br><br>Arkansas Dept. of Finance & Administration<br>PO Box 8092<br>Little Rock, AR 72203 | | | 12/31/2014<br><br>State Taxes | | | | $1,436.21 | $1,288.00 | $148.21 |
| Notes: Sales and Use Tax | | | | | | | | | |

Sheet no. **1** of **9** continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals▶ (Totals of this page) | $  **31,436.21** | $  **31,288.00** | **$148.21** |
|---|---|---|---|---|
|  | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ |  |  |
|  | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) |  | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re TBones Management LLC_____,        Case No. _____
             Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.          -SLS<br><br>Arkansas Dept. of Finance & Administration<br>PO Box 8090<br>Little Rock, AR 72203 | | | 9/30/2014<br><br>State Taxes | | X | X | $1,582.65 | $1,288.00 | $294.65 |
| Notes: Debt of Rascals Roost | | | | | | | | | |
| Account No.          -SLS<br><br>Arkansas Dept. of Finance & Administration<br>PO Box 8090<br>Little Rock, AR 72203 | | | 8/31/2014<br><br>State Taxes | | | | $1,542.30 | $1,542.30 | $0.00 |
| Notes: Sales and Use Tax | | | | | | | | | |
| Account No.          5377<br><br>Arkansas Dept. of Finance & Adminstration<br>PO Box 1369<br>Little Rock, AR 72203 | | | State Taxes | | X | X | $23,899.31 | $23,899.31 | $0.00 |
| Notes: Debt of Holiday Inn Lounge, Inc. | | | | | | | | | |

Sheet no. **2** of **9** continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤ (Totals of this page) | $ 27,024.26 | $ 26,729.61 | $294.65 |
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re TBones Management  LLC                        ,          Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.        4826 Arkansas Dept. of Workforce Services PO Box 8007 Little Rock, AR 72203 | | | Failed to remit. Debt incured prior to Debtor assuming management of hotel | | | | $1,655.18 | $1,655.18 | $0.00 |
| Notes: 2013 2nd Quarter failed to remit.  Debt incurred prior to Debtor assuming management of hotel. | | | | | | | | | |
| Account No.        2015 Department of Treasury Internal Revenue Service PO Box 249 Memphis, TN 38101 | | | Federal Taxes | | | | $149,981.73 | $149,981.73 | $0.00 |
| Notes: Federal Tax Lien | | | | | | | | | |
| Account No.        4709 Department of Treasury Internal Revenue Service Memphis, TN 38101 | | | Federal Taxes | | | | $34,068.87 | $32,772.51 | $1,296.36 |
| Notes: Tax period 2014 | | | | | | | | | |

Sheet no. __3__ of __9__ continuation  sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)                  $  185,705.78   $ 184,409.42        $1,296.36

Total▶       $
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals▶                                               $               $
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13) – Cont.

In re  TBones Management  LLC_____ ,        Case No. _____
              **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.       3159 <br><br> Dept. of Labor & Employment <br> 633 17th Street, Ste. 500 <br> Denver, CO 80202 | | | | | X | X | $90.00 | $90.00 | $0.00 |
| Notes: Debt of Inn-Vestors, Inc. | | | | | | | | | |
| Account No. <br><br> Internal Revenue Services <br> Special Procedures Staff <br> 700 W. Capitol Avenue <br> Little Rock, AR 72203 | | | Federal Taxes | | | | $30,000.00 | $30,000.00 | $0.00 |
| Notes: Payroll tax due for December 2013 | | | | | | | | | |
| Account No. <br> Washington County Tax Collector <br> Washington County Courthouse <br> 280 N. College Ave., Ste. 202 <br> Fayetteville, AR 72701 | | | State Taxes | | | | Unknown | $0.00 | $0.00 |
| Notes: Delinquent 2013 and 2014 property taxes | | | | | | | | | |

Sheet no. __4__ of __9__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)  $   **30,090.00**   $  **30,090.00**   **$0.00**

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $     $

B 6E (Official Form 6E) (04/13) – Cont.

In re **TBones Management  LLC**                        ,          Case No. _____
         **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.        1307 <br><br> Amy Sutton <br> 15933 Seely Rd. <br> West Fork, AR 72774 | | | 3/2014-2/2015 <br><br> Wages, Salaries, Commissions | | | | $953.52 | $953.52 | $0.00 |
| Account No. <br><br> Anna Mize <br> Unknown <br> AR | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |
| Account No. <br><br> Cindy Cox <br> Unknown <br> AR | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |

Sheet no. **5** of **9** continuation sheets attached to Schedule
of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤ (Totals of this page) | $ **953.52** | $ **953.52** | **$0.00** |
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re  TBones Management  LLC                              ,                 Case No. _____
              **Debtor**                                                                                                         **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** <br> David Hadlock <br> Unknown <br> AR | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |
| **Account No.** <br> Kent V. West <br> Unknown <br> AR | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |
| **Account No.** <br> Layne E. Caudle <br> 6476 Silverthorne Drive <br> Fayetteville, AR 72701 | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |

Sheet no. __6__ of __9__  continuation  sheets attached to Schedule
of Creditors Holding Priority Claims

|  | Subtotals➤ <br> (Totals of this page) | $ | 0.00 | $ | 0.00 | $ | 0.00 |
|---|---|---|---|---|---|---|---|
|  | Total➤ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | | | | |
|  | Totals➤ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | | $ | |

B 6E (Official Form 6E) (04/13) – Cont.

In re TBones Management  LLC_____,          Case No. _____
              Debtor                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | | |
| Matt Miller 1808A Main Dr. Springdale, AR 72762 | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |
| **Account No.** | | | | | | | | | |
| Michael Balesteri Unknown AR | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |
| **Account No.** | | | | | | | | | |
| Nathan Wilkerson Unknown AR | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |

Sheet no. **7** of **9** continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤ (Totals of this page) | $        0.00 | $        0.00 | $0.00 |
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re **TBones Management  LLC**_____,          Case No. _____
          **Debtor**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> Sammy Foster <br>13843 Viney Grove Road <br>Prairie Grove, AR 72753 | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |
| **Account No.** <br><br> Tim Jones <br>Unknown <br>AR | | | Unknown <br><br>Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |
| **Account No.** <br><br> Tina Bear <br>Unknown <br>AR | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |

Sheet no. **8** of **9** continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ <br>(Totals of this page) | $        **0.00** | $        0.00 | $0.00 |

Total➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)      $

Totals➤
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $                    $

B 6E (Official Form 6E) (04/13) – Cont.

In re **TBones Management  LLC** _____ ,          Case No. _____
                      **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.**  Wayland Northcott Unknown AR | | | Wages, Salaries, Commissions | | | | Unknown | $0.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. **9** of **9** continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶ (Totals of this page) | $ 0.00 | $ 0.00 | $0.00 |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 275,209.77 | | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 273,470.55 | $ 1,739.22 |

B 6F (Official Form 6F) (12/07)

In re  TBones Management  LLC _____ ,   Case No. _____
 _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      9150 <br><br> **1&1 Internet, Inc.** <br> **701 Lee Road, Ste. 300** <br> **Wayne, PA 19087** | | | | | X | X | $107.88 |
| Notes: Debt of Charles Wilkerson | | | | | | | |
| **ACCOUNT NO.**      5355 <br><br> **AAA Business Systems, Inc.** <br> **2715 N. Drake Street** <br> **Fayetteville, AR 72703** | | | Equipment | | X | X | $344.26 |
| Notes: Debt of Magnuson - copier was picked up | | | | | | | |
| **ACCOUNT NO.** <br><br> **ADP, LLC** <br> **PO Box 12513** <br> **1851 N. Resler Drive** <br> **El Paso, TX 79912** | | | | | | | $25.00 |
| **ACCOUNT NO.**      -4-8 <br><br> **AEP/SWEPCO** <br> **PO Box 24401** <br> **Canton, OH 44701** | | | | | | | $33,117.52 |

                                                                     Subtotal▶ | $ | 33,594.66 |

___23___ continuation sheets attached

                                                                        Total▶ | $ | |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management  LLC _____ ,     Case No. _____
                Debtor                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0150 <br><br> Air2Data <br> 725 W. 1200 S., Suite A <br> Brigham City, UT 84302 | | | | | | | $150.00 |
| Notes: Past due Feb-July portal access | | | | | | | |
| ACCOUNT NO.   3615 <br><br> American Electric Power <br> c/o First Collection Services <br> 10925 Otter Creek E Blvd. <br> Mabelvale, AR 72103 | | | | | | | $20,762.96 |
| ACCOUNT NO.   oice <br><br> American Fire and Safety LLC <br> PO Box 1865 <br> Springdale, AR 72765 | | | | | | | $642.04 |
| Notes: Semi-annual system inspection | | | | | | | |
| ACCOUNT NO.   7-00 <br><br> American Tex-Chem Corp <br> PO Box 431 <br> San Bernardino, CA 92402 | | | | | | | $873.00 |

Sheet no.   1   of   23   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►   $      22,428.00

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  TBones Management  LLC                          ,          Case No. _____
                Debtor                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> America's Electrician <br> PO Box 1376 <br> Farmington, AR 72730 | | | | | | | $565.56 |
| **ACCOUNT NO.** 5118 <br><br> AMP Electric Services <br> 1401 SE Walton Blvd., Ste. 113 <br> Bentonville, AR 72712 | | | | | X | X | $82.50 |
| Notes: Debt of Magnuson Grand Hotel | | | | | | | |
| **ACCOUNT NO.** 3254 <br><br> Apex Commercial Laundry Equip <br> 123 Montgomery Lane <br> Perryville, AR 72126 | | | | | | | $525.31 |
| **ACCOUNT NO.** C441 <br><br> ArCom Systems <br> 5200 NorthShore Lane <br> North Little Rock, AR 72116 | | | | | | | $1,193.00 |

Sheet no. __2__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **2,366.37**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __TBones Management  LLC_____,          Case No. _____
                        **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        6809 <br><br> Arkansas Democrat Gazette <br> 212 N. East Avenue <br> Fayetteville, AR 72702 | | | 09/2013 | | | | $125.00 |
| ACCOUNT NO.        7998 <br><br> Bank of America <br> 5295 Collection Center Drive <br> Chicago, IL 60693 | | | | | | | $84.00 |
| Notes: Booking.com B.V. | | | | | | | |
| ACCOUNT NO. <br><br> Brian Parish <br> 202 Kennan Street <br> Prairie Grove, AR 72753 | | | | | | | Notice Only |
| ACCOUNT NO.        052h <br><br> Brooks Graphics <br> 2505 S. Thompson, Ste. 7 <br> Springdale, AR 72764 | | | | | | | $1,207.25 |

Sheet no. __3__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $          1,416.25

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  TBones Management  LLC                    ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> C2C Resources, LLC <br> 56 Perimeter Center <br> East Suite 100 <br> Atlanta, GA 30346 | | | | | | | **Notice Only** |
| Notes: Representing: Courtesy Products | | | | | | | |
| **ACCOUNT NO.**  7722 <br><br> Capital One Bank <br> Deposit Recovery Dept. <br> PO Box 259360 <br> Plano, TX 75025 | | | Debt of Inn-Vestors, Inc. | | X | X | $465.08 |
| Notes: Closed bank account with negative balance - debt of Inn-Vestors, Inc. | | | | | | | |
| **ACCOUNT NO.**  7730 <br><br> Capital One, N.A. <br> 265 Broadhollow Road <br> Melville, NY 11747 | | | | | X | X | $622.95 |
| Notes: Insufficient funds in bank abbount ending in 7730 - debt of Inn-Vestors, Inc. | | | | | | | |
| **ACCOUNT NO.** <br><br> Cara Delight <br> 3065 N. College #126 <br> Fayetteville, AR 72703 | | | | | | | **Notice Only** |

Sheet no. **4** of **23**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,088.03**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management  LLC                          ,        Case No. _____
                          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Charles Davis Davis & Associates, P.A. 120 Commercial Street Springdale, AR 72764 | | | | | X | X | $6,554.62 |
| Notes: Debts of Charles Wilkerson. | | | | | | | |
| **ACCOUNT NO.** Charles Keith Wilkerson c/o Kevin D. Heupel, Attorney 2440 Stout Street Denver, CO 80205 | | | | | | | Notice Only |
| **ACCOUNT NO.** Charles Wilkerson 22720 W. US Hwy 50 Salida, CO 81227 | | | | | | | Notice Only |
| **ACCOUNT NO.** Charles Wilkerson 22720 W. US Hwy 50 Monarch, CO 81227 | | | | | | | Notice Only |

Sheet no.__5__ of__23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **6,554.62**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management LLC _____ ,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    6133  <br><br> Cintas Corporation #065 <br> PO Box 88005 <br> Chicago, Il 60680 | | | | | | | $2,683.37 |
| **ACCOUNT NO.**    5340 <br><br> City of Fayetteville <br> 113 W. Mountain <br> Fayetteville, AR 72701 | | | | | | | $9,973.66 |
| **ACCOUNT NO.** <br><br> City of Fayetteville <br> Office of City Prosecutor <br> 176 S. Church, Ste. 2 <br> Fayetteville, AR 72701 | | | | | | | $512.79 |
| **ACCOUNT NO.** <br><br> CO-9 Air Control Systems, Inc. <br> PO Box 2953 <br> Broken Arrow, OK 74014 | | | | | | | $131,250.04 |

Sheet no.  **6**  of  **23**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **144,419.86**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management  LLC _____ ,          Case No. _____
                     **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    C403** <br><br> **Commercial Audio Systems** <br> **1802 Lowell Road** <br> **Springdale, AR 72764** | | | | | | | $477.40 |
| **ACCOUNT NO.    2470** <br><br> **Courtesy Products** <br> **PO Box 840020** <br> **Kansas City, KS 64184** | | | Debt of Guest House Inn & Suites | | X | X | $294.69 |
| **Notes: Debt of Guest House Inn & Suites** | | | | | | | |
| **ACCOUNT NO.    6401** <br><br> **Cox Business** <br> **PO Box 1249** <br> **Dept. #102432** <br> **Oaks, PA 19456** | | | | | | | $8,780.89 |
| **ACCOUNT NO.    6401** <br><br> **Cox Communications** <br> **Attn:  CSS** <br> **PO Box 248871** <br> **Oklahoma City, OK 73124** | | | | | | | $20,733.14 |

Sheet no. __7__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  30,286.12

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  TBones Management  LLC                          ,          Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5246 <br><br> Cox Media <br> PO Box 105353 <br> Atlanta, GA 30348 | | | | | | | $5,378.00 |
| ACCOUNT NO.  0-15 <br><br> CST Co. <br> PO Box 224768 <br> Dallas, TX 75222 | | | Debt of Magnuson Grand Hotel | | X | X | $5,243.03 |
| Notes: Collection for US Foods - debt of Magnuson Grand Hotel | | | | | | | |
| ACCOUNT NO. <br><br> Delta Lighting Products, Inc. <br> 2570 Metropolitan Drive <br> Trevose, PA 19053 | | | | | | | $176.35 |
| ACCOUNT NO.  1918 <br><br> Ecolab <br> PO Box 70343 <br> Chicago, IL 60673 | | | | | | | Unknown |
| Notes: Picked up commercial dishwasher 3/2015 | | | | | | | |

Sheet no. __8__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **10,797.38**

Total▶  $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management  LLC                    ,          Case No. _____
              **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      3892 <br><br> Enviropest NW, Inc. <br> PO Box 7452 <br> Springdale, AR 72766 | | | | | | | $439.00 |
| ACCOUNT NO.      3422 <br><br> Evo Merchant Services <br> 515 Broadhollow Road <br> Melville, NY 11747 | | | Debt of Rascals Roost | | X | X | Unknown |
| Notes: Debt of Rascals Roost | | | | | | | |
| ACCOUNT NO.      3737 <br><br> Evo Merchant Services <br> 515 Broadhollow Road <br> Melville, NY 11747 | | | | | X | X | Unknown |
| Notes: Debt of Magnuson Grand Hotel | | | | | | | |
| ACCOUNT NO.      1602 <br><br> Fayetteville Chamber of Commerce <br> PO Box 4216 <br> Fayetteville, AR 72702 | | | | | | | $75.00 |

Sheet no. __9__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 514.00

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **TBones Management  LLC**                               ,          Case No. _____
                    **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        2216<br><br>First Ins. Funding Corp.<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062 | | | | | | | $8,032.14 |
| ACCOUNT NO.<br><br>Great America Financial Service<br>PO Box 660831<br>Dallas, TX 75266 | | | | | | | $2,100.25 |
| ACCOUNT NO.<br><br>Great America Financial Services<br>PO Box 660831<br>Dallas, TX 75266 | | | | | | | $1,376.30 |
| ACCOUNT NO.        0540<br><br>GuestHouse International, LLC<br>PO Box 1476<br>Aberdeen, SD 57401 | | | | | | | $47,956.91 |

Sheet no. __10__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  |  $  59,465.60

Total▶  |  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management  LLC                          ,          Case No. _____
                   **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2534<br><br>Hamco Business Solutions<br>PO Box 6760<br>Springdale, AR 72766 | | | | | | | $85.61 |
| **ACCOUNT NO.** 0180<br><br>Heartland Payment Systems, Inc.<br>c/o Caine & Weiner<br>9931 Corporate Campus Drive #2200<br>Louisville, KY 40223 | | | | | | | $107.67 |
| **ACCOUNT NO.** 1230<br><br>Hopper Environmental Services<br>PO Box 2727<br>Mountain Home, AR 72654 | | | | | X | X | $268.40 |
| Notes: Debt of Inn-Vestors, Inc. | | | | | | | |
| **ACCOUNT NO.** L150<br><br>Hospitality Mgt. Systems<br>8064 Reeder Road<br>Overland Park, KS 66214 | | | | | | | $5,244.61 |

Sheet no. __11__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **5,706.29**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management  LLC_____,     Case No. _____
              **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        9810 <br><br> InnLink <br> 130 Maple Drive North <br> Hendersonville, TN 37075 | | | | | | | $870.75 |
| ACCOUNT NO.        9399 <br><br> Insurance Finance Company <br> PO Box 315 <br> Des Moines, IA 50306 | | | | | X | X | $21,284.53 |
| Notes: Debt of Inn-Vestors, Inc. | | | | | | | |
| ACCOUNT NO. <br><br> James E. Smith <br> Williams & Anderson <br> 111 Center Street, Ste. 2200 <br> Little Rock, AR 72201 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> JGHG, LLC <br> Jasdeep Grewal <br> 735 S. Shiloh Dr. <br> Fayetteville, AR 72704 | | | | | | | Notice Only |

Sheet no. **12** of **23** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **22,155.28**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>TBones Management  LLC</u>                    ,          Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> John W. Mercer <br> 15721 Park Row, Suite 100 <br> Houston, TX 77084 | | | | | | | **Notice Only** |
| ACCOUNT NO. <br><br> Keith Wilkerson <br> 15721 Park Row, Suite 100 <br> Houston, TX 77084 | | | | | | | **Notice Only** |
| ACCOUNT NO.    4880 <br><br> Ken's Signs <br> PO Box 241 <br> Springdale, AR 72765 | | | | | | | $452.71 |
| ACCOUNT NO.    26-0 <br><br> L H Office Supplies <br> PO Box 590 <br> Morgan City, LA 70381 | | | | | X | X | $499.29 |

Notes: Debt of Magnuson Grand Hotel

Sheet no. __13__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal➤ | $ | 952.00 |
|---|---|---|---|
| | Total➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management  LLC                     ,          Case No. _____
                    **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Leslie Kimes 4119 Massard Road Fort Smith, AR 72903 | | | | | | | **Notice Only** |
| **ACCOUNT NO.** Locke Supply 1300 SE 82nd Street Oklahoma City, OK 73149 | | | | | | | **$12,500.00** |
| **ACCOUNT NO.** Magnuson Worldwide 515 W. Misson Avenue Spokane, WA 99202 | | | | | X | X | **$12,165.00** |
| Notes: Debt of Magnuson Grand Hotel | | | | | | | |
| **ACCOUNT NO.** Matthew Warner 1901 Napa Valley Drive Little Rock, AR 72212 | | | | | | | **Notice Only** |

Sheet no. __14__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **24,665.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __TBones Management  LLC_____,          Case No. _____
                        **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Matthew Warner**<br>**1003 Highway 25B North**<br>**Heber Springs, AR 72754** | | | | | | | **Notice Only** |
| **ACCOUNT NO.**<br><br>**Micros Leasing**<br>**5786 Widewaters Parkway**<br>**2nd Floor**<br>**Syracuse, NY 13214** | | | | | | | **Unknown** |
| **ACCOUNT NO.    4411**<br><br>**National Payment Processing**<br>**Merchant Processing Center**<br>**12202 Airport Way, Ste. 100**<br>**Broomfield, CO 80021** | | | | | X | X | **Unknown** |
| Notes: Debt of Inn-Vestors, Inc. | | | | | | | |
| **ACCOUNT NO.    4674**<br><br>**Northwest Arkansas**<br>**Newspapers**<br>**PO Box 1607**<br>**Fayetteville, AR 72702** | | | | | | | **$1,077.98** |

Sheet no. __15__ of __23__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $   **1,077.98**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management LLC _____ ,  Case No. _____
            Debtor                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4353 <br><br> NuCo2 <br> PO Box 9011 <br> Stuart, FL 34995 | | | | | | | $500.00 |
| ACCOUNT NO. <br><br> Orpheum Property inc. <br> 317 Exchange Place <br> New Orleans, LA 70130 | | | | | | | $0.00 |
| ACCOUNT NO. <br><br> Orpheum Property, Inc. <br> 201 St. Charles Ave., Ste. 250 <br> New Orleans, LA 70130 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Palmer HVAC, Inc. <br> 2250 W. Sunset Ave., Suite 6 <br> Springdale, AR 72762 | | | | | X | X | $111.95 |

Notes: Debt of Grand Hotel

Sheet no. __16__ of __23__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $       611.95

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management  LLC _____ ,          Case No. _____
               **Debtor**                                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   2620 <br><br> Pellerin Laundry Machinery <br> PO Box 1137 <br> Kenner, LA 70063 | | | | | | | $175.52 |
| **ACCOUNT NO.**   2187 <br><br> Receivables Control Corp <br> PO Box 9658 <br> Minneapolis, MN 55440 | | | | | X | X | $1,433.15 |
| Notes: Debt of Guest House | | | | | | | |
| **ACCOUNT NO.** <br><br> Receivables Control Corp. <br> 7373 Kirkwood Court, Ste. 200 <br> Osseo, MN 55369 | | | | | | | Notice Only |
| Notes: Representing: Ecolab | | | | | | | |
| **ACCOUNT NO.**   5447 <br><br> Sabre Hospitality Solutions <br> 7285 Collection Center <br> Chicago, IL 60693 | | | | | | | $2,602.88 |

Sheet no.  **17**  of  **23**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **4,211.55**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  TBones Management  LLC                    ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    3614<br><br>Saflok<br>PO Box 890247<br>Charlotte, NC 28289 | | | | | | | $983.05 |
| ACCOUNT NO.<br><br>SESAC, Inc.<br>PO Box 900013<br>Raleigh, NC 27675 | | | | | X | X | $290.40 |
| Notes: Debt of Magnuson Grand Hotel | | | | | | | |
| ACCOUNT NO.<br><br>Sharps Locks<br>420 North College<br>Fayetteville, AR 72701 | | | | | | | $188.93 |
| ACCOUNT NO.<br><br>Shorts Travel Management<br>1203 West Ridgeway Ave.<br>Waterloo, IA 50701 | | | | | X | X | $42.50 |
| Notes: Debt of Guesthouse Hotel | | | | | | | |

Sheet no. __18__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶     $     **1,504.88**

Total▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **TBones Management  LLC** _____ ,         Case No. _____
                                    Debtor                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5130<br><br>Sign *A* Rama<br>2603 Main Drive, Ste. 1<br>Fayetteville, AR 72704 | | | | | | | $2,486.38 |
| ACCOUNT NO.  8797<br><br>SourceGas Arkansas<br>PO Box 660559<br>Dallas, TX 75266 | | | | | X | X | $5,774.94 |
| Notes: Debt of Capgain Properties Corp. | | | | | | | |
| ACCOUNT NO.<br><br>Stanley V. Bond<br>Bond Law Firm<br>525 S. School Ave., Ste. 100<br>Fayetteville, AR 72701 | | | Legal Services | | | | $10,000.00 |
| Notes: Prior Chapter 11 filing | | | | | | | |
| ACCOUNT NO.  3878<br><br>Super Cool<br>12898 S. Ervan Beeks Road<br>Farmington, AR 72730 | | | | | | | $580.30 |

Sheet no. __19__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $        **18,841.62**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management  LLC_____ ,          Case No. _____
     **Debtor**                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4842 <br><br>Sysco Guest Supply<br>Corporate Office<br>PO Box 910<br>Monmouth Junction, NJ 08852 | | | | | | | $378.92 |
| ACCOUNT NO. <br><br>T. Scott Varaday<br>Associate General Counsel<br>University of Arkansas<br>421 Administration Building<br>Fayetteville, AR 72701 | | | | | | | Notice Only |
| ACCOUNT NO.   2385 <br><br>Tab Services<br>1754 Utica Square<br>PO Box 52039<br>Tulsa, OK 74152 | | | | | X | X | $2,556.89 |
| Notes: Great Plains Coca-Cola - debt of Rascals Roost | | | | | | | |
| ACCOUNT NO. <br><br>TBones Management, LLC<br>Kathy Wilkerson, Registered Agent<br>1255 S. Shiloh Dr.<br>Fayetteville, AR 72703 | | | | | | | Notice Only |

Sheet no. __20__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  **2,935.81**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **TBones Management  LLC** _____ ,         Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> TBones Management, LLC<br>Katherine Wilkerson,<br>Registered Agent<br>22720 W. US Hwy 50<br>Salida, CO 81227 | | | | | | | **Notice Only** |
| **ACCOUNT NO.** <br><br> Timbes Fire Protecion<br>207 South 3rd Street<br>Van Buren, AR 72956 | | | | | X | X | $394.19 |
| Notes: Debt of Magnuson Grand Hotel | | | | | | | |
| **ACCOUNT NO.** <br><br> Travis Story<br>Katy Freeman<br>Story Law Firm<br>438 Millsap Rd., #103<br>Fayetteville, AR 72703 | | | | | | | **Notice Only** |
| **ACCOUNT NO.    4095** <br><br> U.S. Department of Justice<br>Office of the U.S. Trustee<br>200 W. Capitol Ave., Ste. 1200<br>Little Rock, AR 72201 | | | Legal Services | | | | $15,315.26 |
| Notes: US Trustee's Fees - Previous Chapter 11 | | | | | | | |

Sheet no. __21__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **15,709.45**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management  LLC                    ,          Case No. _____
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> U.S. Dept. of Treasury - IRS <br> c/o Conner Eldridge, U.S. Attorney <br> Western District of Arkansas <br> 414 Parker Avenue <br> Fort Smith, AR 72901 | | | | | | | Notice Only |
| ACCOUNT NO. <br> U.S. Dept. of Treasury - IRS <br> Eric Holder, Attorney General of the U.S. <br> Department of Justice <br> 950 Pennsylvania Ave, NW <br> Washington, DC 20530 | | | | | | | Notice Only |
| ACCOUNT NO.   2225 <br> Uline <br> PO Box 88741 <br> Chicago, IL 60680 | | | | | | | $49.67 |
| ACCOUNT NO. <br> Uline <br> PO Box 88741 <br> Chicago, IL 60680 | | | | | | | $49.57 |

Sheet no. __22__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $           99.24

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re TBones Management LLC _____ ,          Case No. _____
            **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Upper Arkansas Water Conservancy District PO Box 1090 Salida, CO 81201 | | | | | X | X | $1,815.00 |
| **Notes: Debt of Inn-Vesters, Inc.** | | | | | | | |
| **ACCOUNT NO.** 9227 <br><br> US Foods Box 841844 Dallas, TX 75284 | | | | | | | notice only |
| **Notes: Representing: CST Co.** | | | | | | | |
| **ACCOUNT NO.** <br><br> Western Hotel Supply PO Box 1555 Aberdeen, SD 57402 | | | | | | | $1,212.13 |
| **ACCOUNT NO.** <br><br> Wonderstate Media 205 N. College Avenue Fayetteville, AR 72701 | | | | | | | $883.40 |

Sheet no. __23__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  **3,910.53**

Total➤  $  **415,312.47**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **TBones Management  LLC,**                                 Case No. _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Micros Leasing<br>5786 Widewaters Parkway<br>2nd Floor<br>Syracuse, NY 13214 | Description: Lease agreement between Debtor and Micros Leasing/Great America Leasing Corporation for the use of 5 computer workstations<br><br>Nature of Debtor's Interest: Lessee |
| Orpheum Property, Inc.<br>317 Exchange Place<br>New Orleans, LA 70130 | Description: Management Agreement dated 1/1/2014 between Debtor and Orpheum Property, Inc. to manage hotel located in Fayetteville, AR |
| Orpheum Property, Inc.<br>201 St. charles Ave., ste. 250<br>New Orleans, LA 70130 | Description: Definitive Purchase Agreement dated 1/6/2014 for Debtor to sell hotel located in Fayetteville, AR to Orpheum Property, Inc.<br><br>Nature of Debtor's Interest: Seller |

B 6H (Official Form 6H) (12/07)

In re **TBones Management  LLC,**                                        Case No. _____
                                 **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Charles Wilkerson<br>22720 West US Highway 50<br>Monarch, CO 81227 | H & C Fayetteville Clarion, LLC<br>4119 Massard Road<br>Fort Smith, AR 72903 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **TBones Management  LLC** _____ ,   Case No. _____
                **Debtor**                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                             Debtor

Date _____          Signature: _____
                                               (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,            Social Security No.
of Bankruptcy Petition Preparer               *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____         _____
   Signature of Bankruptcy Petition Preparer               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Jill Jacoway, Receiver** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **TBones Management  LLC** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **45** sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 1, 2015** _____

                  Signature: **/s/ Jill Jacoway** _____

                          **Jill Jacoway, Receiver**
                          [Print or type name of individual signing on behalf of debtor.]
                          **Receiver for the Corporation named as debtor in this case**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS

In re   TBones Management  LLC,

Debtor

Case No. _____

Chapter                11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Department of Treasury Internal Revenue Service PO Box 249 Memphis, TN 38101 | | taxes and certain other debts owed to governmental units | | $149,981.73 |
| CO-9 Air Control Systems, Inc. PO Box 2953 Broken Arrow, OK 74014 | | | | $131,250.04 |
| GuestHouse International, LLC PO Box 1476 Aberdeen, SD 57401 | | | | $47,956.91 |
| Department of Treasury Internal Revenue Service Memphis, TN 38101 | | taxes and certain other debts owed to governmental units | | $34,068.87 |
| AEP/SWEPCO PO Box 24401 Canton, OH 44701 | | None | | $33,117.52 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| Internal Revenue Services Special Procedures Staff 700 W. Capitol Avenue Little Rock, AR 72203 | | taxes and certain other debts owed to governmental units | | $30,000.00 |
| Arkansas Dept. of Finance & Adminstration PO Box 1369 Little Rock, AR 72203 | | taxes and certain other debts owed to governmental units | This claim is unliquidated and disputed. | $23,899.31 |
| Insurance Finance Company PO Box 315 Des Moines, IA 50306 | | | This claim is unliquidated and disputed. | $21,284.53 |
| American Electric Power c/o First Collection Services 10925 Otter Creek E Blvd. Mabelvale, AR 72103 | | | | $20,762.96 |
| Cox Communications Attn: CSS PO Box 248871 Oklahoma City, OK 73124 | | | | $20,733.14 |
| U.S. Department of Justice Office of the U.S. Trustee 200 W. Capitol Ave., Ste. 1200 Little Rock, AR 72201 | | | | $15,315.26 |
| Arkansas Dept of Finance & Administration PO Box 1272 Little Rock, AR 72203 | | taxes and certain other debts owed to governmental units | | $15,000.00 |
| Arkansas Dept. of Finance & Administration PO Box 1272 Little Rock, AR 72203 | | taxes and certain other debts owed to governmental units | | $15,000.00 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| A Better Deal Heating & Air<br>ATTN: Eric Koska<br>2815 N. Cassius Lane<br>Fayetteville, AR 72704 | | | | $14,500.00<br><br>Value of<br>Security: $0.00 |
| Locke Supply<br>1300 SE 82nd Street<br>Oklahoma City, OK 73149 | | | | $12,500.00 |
| Magnuson Worldwide<br>515 W. Misson Avenue<br>Spokane, WA 99202 | | | This claim is unliquidated and disputed. | $12,165.00 |
| Stanley V. Bond<br>Bond Law Firm<br>525 S. School Ave., Ste. 100<br>Fayetteville, AR 72701 | | | | $10,000.00 |
| City of Fayetteville<br>113 W. Mountain<br>Fayetteville, AR 72701 | | | | $9,973.66 |
| Cox Business<br>PO Box 1249<br>Dept. #102432<br>Oaks, PA 19456 | | | | $8,780.89 |
| First Ins. Funding Corp.<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062 | | | | $8,032.14 |

Date: April 1, 2015

/s/ Jill Jacoway
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jill Jacoway, Receiver, an authorized agent of TBones Management LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

B 4 (Official Form 4) (12/07)


Date:    April 1, 2015 _____        /s/ Jill Jacoway _____
                                                  Jill Jacoway, Receiver, Authorized Agent

# United States Bankruptcy Court

**Western District of Arkansas**

In re **TBones Management  LLC**                                    Case No.

Debtor.                                                                        Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now __TBones Management  LLC_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

OR,

__X__  There are no entities to report.

By: **/s/ Bianca M. Rucker** _____

**Bianca M. Rucker**
Signature of Attorney

Counsel for  **See Attachment 1**
Bar no.: **2006310**
Address.: **3333 Pinnacle Hills Pkwy, Ste. 510**
**Rogers, Arkansas 72758**

Telephone No.: **(479) 986-0888**
Fax No.: **(501) 376-9442**
E-mail address: **brucker@wlj.com**

# Attachment

Attachment 1

      TBones Management LLC through its Receiver Jill Jacoway

B 203
(12/94)

# United States Bankruptcy Court

## WESTERN DISTRICT OF ARKANSAS

In re

**TBones Management LLC**

Case No. _____

**Debtor**

Chapter **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 27,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 27,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

    ☐ Debtor          ☒ Other (specify) **Jill Jacoway, Receiver for debtor TBones Management LLC**

3. The source of compensation to be paid to me is:

    ☐ Debtor          ☒ Other (specify) **Jill Jacoway, Receiver for debtor TBones Management LLC**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| April 1, 2015 | /s/ Bianca M. Rucker |
|---|---|
| *Date* | **Bianca M. Rucker** |
| | *Signature of Attorney* |
| | **Wright, Lindsey & Jennings LLP** |
| | *Name of law firm* |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS

In Re:

TBones Management  LLC,
Debtor

Case No.

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Kathy Wilkerson 22720 W. US Hwy 50 Monarch, CO 81227 | Common Membership Units | 1000 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,  Jill Jacoway, Receiver  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:   April 1, 2015

Signature:   /s/ Jill Jacoway

Printed Name:   Jill Jacoway

Title:   Receiver

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

List of Equity Security Holders – Page 1

## CERTIFICATE OF RESOLUTION

I, Jill Jacoway, do hereby certify that I am the Receiver for TBones Management LLC ("TBones"), having been appointed by Washington County, Arkansas, Judge Beth Storey Bryan, in Case No. CV-2015-210 (see attached copy of order) under and by virtue of the laws of the State of Arkansas on March 31, 2015.

"WHEREAS, it is in the best interests of TBones to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Code; and

BE IT THEREFORE RESOLVED and DIRECTED, that Jill R. Jacoway, the duly-appointed Receiver of TBones, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of TBones; and

BE IT THEREFORE RESOLVED and DIRECTED, that Jill R. Jacoway, the duly-appointed Receiver of TBones, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, subject to applicable laws.

BE IT FURTHER RESOLVED, that Jill R. Jacoway, the duly-appointed Receiver of TBones, is authorized and directed to employ Wright, Lindsey & Jennings, LLP, to represent the Receiver in the bankruptcy case."

Executed on: April 1, 2015        Signed:        *[signature]*

Jill R. Jacoway
Court Appointed Receiver

5

FILED FOR RECORD

**IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS**
**5th DIVISION**                                        2015 MAR 31  PM 1:22

**H & C FAYETTEVILLE**                                   WASHINGTON **PLAINTIFF**
**CLARION, LLC**                                            CIRCUIT CLERK
                                                            K. SYLVESTER

**v.**                          Case No. CV-15-210-5

**TBONES MANAGEMENT, LLC; CHARLES**                    **DEFENDANTS**
**WILKERSON; KATHERINE WILKERSON; CO-**
**9 AIR CONTROL SYSTEMS, INC.; A BETTER**
**DEAL HEATING AND AIR d/b/a ERIC KOSKA**
**HEATING AND AIR; CHARLES E. DAVIS AND**
**ASSOCIATES, INC.; ARKANSAS**
**DEPARTMENT OF FINANCE AND**
**ADMINISTRATION; ARKANSAS**
**DEPARTMENT OF WORKFORCE SERVICES;**
**UNITED STATES DEPARTMENT OF**
**TREASURY, INTERNAL REVENUE SERVICE;**
**UNKNOWN HEIRS OF F.E. WORRELL,**
**DECEASED; UNKNOWN HEIRS OF F.B.**
**WORRELL, DECEASED; UNKNOWN HEIRS**
**OF MARIE MESSINGER, DECEASED; and**
**UNKNOWN HEIRS OF LOUISE WORRELL,**
**DECEASED**

## AMENDED ORDER APPOINTING RECEIVER

On February 23, 2015, on the Motion by Plaintiff H&C Fayetteville Clarion, LLC

("H&C"), the Court entered its Order Appointing Receiver, naming and appointing Jill Jacoway

to serve as Receiver over property described and defined as the Collateral Property.  For the

purpose of clarifying certain of the powers enumerated in Paragraph 6 related to proceedings

before the United States Bankruptcy Court for the Western District of Arkansas, the Order is

hereby Amended to read as follows:

1.  H&C is entitled to the appointment of a receiver to take possession and control of the

Collateral, and to collect and apply rents and other income from the Collateral Property, to

prevent damage to the Collateral Property, and to address all issues of utilities, taxes, insurance, and protection and preservation of the Collateral Property that may exist now, or in the future.

2. Attorney Jill Jacoway of the Jacoway Law Firm ("Jacoway," or "Receiver") is hereby duly sworn and appointed as Receiver *pendente lite*. The receivership shall be effective upon entry of this Order.

3. As Receiver, Jacoway shall have no responsibility whatsoever for any act, omission, event, contract or any other circumstance of any kind or nature whatsoever that occurred or arose prior to the effective date of the appointment. Neither shall Jacoway be responsible for any act or omission in the performance of her duties, unless this Court finds that such an act or omission was the result of gross negligence, fraud, or was a direct violate of an order of this Court.

4. Jacoway shall maintain customary insurance coverages as part of her management, operation, and preservation of the Collateral Property.

5. The Court reserves the posting of a surety or fidelity bond by Jacoway.

6. Jacoway shall have all powers and authority conferred upon her by Arkansas law, including, without limitation:

    a. The power to negotiate and execute leases;

    b. The power to establish a receivership account at any financial institution properly licensed to conduct business in Arkansas, through which account all receivership business will be transacted;

    c. The power to employ and terminate the employment of any such persons or entities as Jacoway deems appropriate to assist her in carrying out her duties as Receiver;

d.  The power to eject, bar, or otherwise exclude from the Collateral Property any such persons or entities as Jacoway deems necessary for the preservation and protection of the Collateral Property;

e.  The power to take and keep possession of the Collateral Property and to take such actions as she may deem necessary to secure, repair, protect, and otherwise preserve the Collateral Property;

f.  The power to receive and collect all rents and other income generated by the Collateral Property, and to deposit the rents and other income into the receivership account;

g.  The power to advertise, market, and negotiate the sale or lease of the Collateral Property;

h.  The power to acquire, maintain, or restore utility service to the Collateral Property;

i.  The power to operate, repair, and maintain the Collateral Property;

j.  The power to generally take such actions as necessary to preserve and protect the Collateral Property;.

k.  The power to retain bankruptcy counsel on behalf of TBones Management, LLC, as owner of the Collateral Property;

l.  The power to assist in the preparation of a voluntary petition on behalf of TBones Management, LLC, as owner of the Collateral Property, for relief under chapter 11 the United States Bankruptcy Code, including all related schedules and other documents;

3

    m. The power, on behalf of TBones Management, LLC, as owner of the Collateral

        Property, to file a voluntary petition for relief under chapter 11 of the United

        States Bankruptcy Code;

    n. The power, on behalf of TBones Management, LLC, as owner of the Collateral

        Property, to enter into Debtor-in-Possession financing or other financing

        agreements with third parties in bankruptcy;

    o. The power, on behalf of TBones Management, LLC, as owner of the Collateral

        Property, to sell, liquidate, or consummate a sale of substantially all of the assets

        constituting the Property to a third party or third parties in bankruptcy;

    p. The power, on behalf of TBones Management, LLC, as owner of the Collateral

        Property, to consummate a plan of reorganization under chapter 11 of the United

        States Bankruptcy Code;  AND

    q. The power, on behalf of TBones Management, LLC, as owners of the Collateral

        Property, to operate the Property and conduct the business of the Collateral

        Property as a Debtor-in-Possession, in the exercise of her business judgment.

    r. The power to take all other actions as permitted under the H&C Note and

        Mortgage, Arkansas law, and as this Court may authorize.

7. Jacoway is ordered to provide to the parties, and to file with the Court on a monthly basis, an accounting of her actions as receiver, including an account of all receipts and disbursements, and on all other events that are significant to the receivership.

8. Jacoway shall be entitled to compensation for her service as Receiver at her normal hourly billing rate of $300, per hour, with time to be billed in tenths-of-an-hour increments. Fee requests, including itemized bills for both time and expenses, may be submitted monthly to the

4

03/31/15   09:03 FAX 5013726453          WILLIAMS AND ANDERSON                      ☑006

Court for approval. If any proper objection is made to any item of expense or compensation requested by Receiver, the matter shall be determined by the Court.

9.  All expenses of the Receiver shall be payable from the receivership account, or when necessary, reimbursed therefrom in conjunction with periodic fee requests submitted to the Court for approval.

10. Defendants are directed to cooperate completely with Jacoway, and to ensure that their agents, if any, cooperate completely.

11. The receivership shall continue, and Jacoway shall serve as Receiver, until otherwise ordered by the Court; provided, however, that Jacoway may resign at any time in her sole discretion, with such resignation becoming effective upon order of the Court.

12. Receiver may file any proper motions or other pleadings in regard to this matter, or to the Collateral Property, as she deems necessary, and further may request a status conference or other hearing in this case at any time.

13. The Court retains jurisdiction over the parties and the Receiver, to hear and determine all other issues and make further orders in the case, including as to the foreclosure action by H&C, the receivership, and the remaining claims of all parties.

14. A temporary hearing shall be held on April 13, 2015.


IT IS SO ORDERED.
BETH STOREY BRYAN
_____
CIRCUIT JUDGE

DATE: 3.31.15

5

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF ARKANSAS

In re: TBones Management  LLC
_____          Case No _____
                    Debtor                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|        AMOUNT        |        SOURCE        |
|---|---|

Debtor:

Current Year (2015):
$0.00                                          Unknown Income

Previous Year 1 (2014):
$0.00                                          Unknown Income

Previous Year 2 (2013):
$702,275.59                                Gross Receipts - 5/1 - 12/16/2013 ($166,054.66 net
$0.00                                          income)
                                                  Unknown Income Remainder of 2013

Joint Debtor:
N/A

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|        AMOUNT        |        SOURCE        |
|---|---|

Debtor:

Current Year (2015):
$110,000.00                                H & C Fayetteville Clarion, LLC to be used to preserve
                                                  Debtor's assets

Previous Year 1 (2014):

2

$0.00                                    Unknown

Previous Year 2 (2013):
$0.00                                    Unknown

Joint Debtor:
N/A

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor: Unknown | Unknown | $0.00 | $0.00 |

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: H & C Fayetteville Clarion, LLC v. TBones Management, LLC; Charles Wilkerson; Katherine Wilkerson, et al. Case Number: CV 15-210 | Complaint | Circuit Court of Washington County, Arkansas Washington County, AR | Pending - Receiver appointed 2/23/2015 |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☐

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Debtor:

4

| | | |
|---|---|---|
| H & C Fayetteville Clarion, LLC<br>4119 Massard Road<br>Fort Smith, AR 72903 | 5/2103 | Assignment of rents of hotel. Assignment is not an absolute assignment.<br>Value: Unknown |

None ☐   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|---|
| Debtor:<br>H & C Fayetteville Clarion,<br>LLC<br>4119 Massard Road<br>Fort Smith, AR 72903 | Circuit Court of Washington<br>County, Arkansas<br>Washington County, AR<br>Case Title: H&C Fayetteville<br>Clarion, ILC v. TBones<br>Management, LLC, et al.<br>Case Number: CV 15-210 | 2/23/2015 | All Known Real & Personal<br>Property<br>Value: Unknown |

## 7. Gifts

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE<br>OF GIFT |
|---|---|---|---|
| Debtor:<br>Unknown | Unknown | Unknown | Unknown<br>Value: Unknown |

## 8. Losses

None ☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE OF<br>PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE<br>OF LOSS |
|---|---|---|
| Debtor<br>Unknown<br>Value: Unknown | Unknown | Unknown |

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor:<br>Wright, Lindsey & Jennings LLP<br>3333 Pinnacle Hills Pkwy, Ste. 510<br>Rogers, AR 72758 | 3/30/2015<br><br><br><br>Jill Jacoway as Receiver for the debtor TBones Management LLC | $27,000.00<br>$25,000 plus $2,000 for filing fees & costs |

**10. Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Debtor:<br>Unknown | Type of Account: Unknown<br>Account Number:<br>Final Balance: $0.00 | $0.00<br>Unknown |

6

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Debtor: Unknown | | Unknown | Unknown |

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

7

None
☒
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: TBones Management, LLC | 4709 / 46-1134709 | 1255 S. Shiloh Drive Fayetteville, AR 72703 | Managment and operation of Guest House Inn Hotel, Fayetteville, AR | Beginning Date: 5/1/2013 Ending Date: 2/25/2015 Receiver Shut Down Business |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED

Debtor:
Unknown                                                        Unknown

9

None
☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| Debtor: | | |
| Unknown | | Unknown |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Debtor: | |
| Unknown | |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Debtor: | |
| Unknown | Unknown |

---

**20. Inventories**

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| Debtor: | | |
| Inventory 1: | | |
| Unknown | Unknown | |
| | | Basis: Unknown |
| Inventory 2: | | |
| Unknown | Unknown | |
| | | Basis: Unknown |

None
☐

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|
| Debtor: | |
| Inventory 1: | |

10

|  | Unknown | | Unknown |
|---|---|---|---|

Inventory 2:
Unknown                          Unknown

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| N/A | | |

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Kathy Wilkerson 22720 W. US Hwy 50 Monarch, CO 81227 | Managing Member | Common Membership units 1000 100 |

---

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| N/A | | |

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| N/A | | |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, | DATE AND PURPOSE | AMOUNT OF MONEY OR DESCRIPTION |
|---|---|---|

11

| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

\* \* \* \* \* \*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  April 1, 2015                    Signature     /s/ Jill Jacoway

                                       Print Name
                                       and Title     Jill Jacoway, Receiver

                       0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

1&1 Internet, Inc.
701 Lee Road, Ste. 300
Wayne, PA 19087


A Better Deal Heating & Air
ATTN: Eric Koska
2815 N. Cassius Lane
Fayetteville, AR 72704


AAA Business Systems, Inc.
2715 N. Drake Street
Fayetteville, AR 72703


ADP, LLC
PO Box 12513
1851 N. Resler Drive
El Paso, TX 79912


AEP/SWEPCO
PO Box 24401
Canton, OH 44701


Air2Data
725 W. 1200 S., Suite A
Brigham City, UT 84302


American Electric Power
c/o First Collection Services
10925 Otter Creek E Blvd.
Mabelvale, AR 72103


American Fire and Safety LLC
PO Box 1865
Springdale, AR 72765


American Tex-Chem Corp
PO Box 431
San Bernardino, CA 92402

America's Electrician
PO Box 1376
Farmington, AR 72730


AMP Electric Services
1401 SE Walton Blvd., Ste. 113
Bentonville, AR 72712


Amy Sutton
15933 Seely Rd.
West Fork, AR 72774


Anna Mize
Unknown
AR


Apex Commercial Laundry Equip
123 Montgomery Lane
Perryville, AR 72126


ArCom Systems
5200 NorthShore Lane
North Little Rock, AR 72116


Arkansas Democrat Gazette
212 N. East Avenue
Fayetteville, AR 72702


Arkansas Dept of Finance & Administratio
PO Box 1272
Little Rock, AR 72203


Arkansas Dept. of Finance & Administrati
PO Box 1272
Little Rock, AR 72203

Arkansas Dept. of Finance & Administrati
PO Box 8092
Little Rock, AR 72203


Arkansas Dept. of Finance & Administrati
PO Box 8090
Little Rock, AR 72203


Arkansas Dept. of Finance & Adminstratio
PO Box 1369
Little Rock, AR 72203


Arkansas Dept. of Workforce Services
PO Box 8007
Little Rock, AR 72203


Bank of America
5295 Collection Center Drive
Chicago, IL 60693


Brian Parish
202 Kennan Street
Prairie Grove, AR 72753


Brooks Graphics
2505 S. Thompson, Ste. 7
Springdale, AR 72764


C2C Resources, LLC
56 Perimeter Center
East Suite 100
Atlanta, GA 30346


Capital One Bank
Deposit Recovery Dept.
PO Box 259360
Plano, TX 75025

Capital One, N.A.
265 Broadhollow Road
Melville, NY 11747


Cara Delight
3065 N. College #126
Fayetteville, AR 72703


Charles Davis
Davis & Associates, P.A.
120 Commercial Street
Springdale, AR 72764


Charles Keith Wilkerson
c/o Kevin D. Heupel, Attorney
2440 Stout Street
Denver, CO 80205


Charles Wilkerson
22720 W. US Hwy 50
Salida, CO 81227


Charles Wilkerson
22720 W. US Hwy 50
Monarch, CO 81227


Charles Wilkerson
22720 West US Highway 50
Monarch, CO 81227


Cindy Cox
Unknown
AR


Cintas Corporation #065
PO Box 88005
Chicago, Il 60680

City of Fayetteville
113 W. Mountain
Fayetteville, AR 72701


City of Fayetteville
Office of City Prosecutor
176 S. Church, Ste. 2
Fayetteville, AR 72701


CO-9 Air Control Systems, Inc.
PO Box 2953
Broken Arrow, OK 74014


Commercial Audio Systems
1802 Lowell Road
Springdale, AR 72764


Courtesy Products
PO Box 840020
Kansas City, KS 64184


Cox Business
PO Box 1249
Dept. #102432
Oaks, PA 19456


Cox Communications
Attn:  CSS
PO Box 248871
Oklahoma City, OK 73124


Cox Media
PO Box 105353
Atlanta, GA 30348


CST Co.
PO Box 224768
Dallas, TX 75222

David Hadlock
Unknown
AR


Delta Lighting Products, Inc.
2570 Metropolitan Drive
Trevose, PA 19053


Department of Treasury
Internal Revenue Service
PO Box 249
Memphis, TN 38101


Department of Treasury
Internal Revenue Service
Memphis, TN 38101


Dept. of Labor & Employment
633 17th Street, Ste. 500
Denver, CO 80202


Ecolab
PO Box 70343
Chicago, IL 60673


Enviropest NW, Inc.
PO Box 7452
Springdale, AR 72766


Evo Merchant Services
515 Broadhollow Road
Melville, NY 11747


Fayetteville Chamber of Commerce
PO Box 4216
Fayetteville, AR 72702

First Ins. Funding Corp.
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062


Great America Financial Service
PO Box 660831
Dallas, TX 75266


Great America Financial Services
PO Box 660831
Dallas, TX 75266


GuestHouse International, LLC
PO Box 1476
Aberdeen, SD 57401


H & C Fayetteville Clarion, LLC
4119 Massard Road
Fort Smith, AR 72903


Hamco Business Solutions
PO Box 6760
Springdale, AR 72766


Heartland Payment Systems, Inc.
c/o Caine & Weiner
9931 Corporate Campus Drive #2200
Louisville, KY 40223


Hopper Environmental Services
PO Box 2727
Mountain Home, AR 72654


Hospitality Mgt. Systems
8064 Reeder Road
Overland Park, KS 66214

InnLink
130 Maple Drive North
Hendersonville, TN 37075


Insurance Finance Company
PO Box 315
Des Moines, IA 50306


Internal Revenue Services
Special Procedures Staff
700 W. Capitol Avenue
Little Rock, AR 72203


James E. Smith
Williams & Anderson
111 Center Street, Ste. 2200
Little Rock, AR 72201


JGHG, LLC
Jasdeep Grewal
735 S. Shiloh Dr.
Fayetteville, AR 72704


John W. Mercer
15721 Park Row, Suite 100
Houston, TX 77084


Keith Wilkerson
15721 Park Row, Suite 100
Houston, TX 77084


Ken's Signs
PO Box 241
Springdale, AR 72765


Kent V. West
Unknown
AR

L H Office Supplies
PO Box 590
Morgan City, LA 70381

Layne E. Caudle
6476 Silverthorne Drive
Fayetteville, AR 72701

Leslie Kimes
4119 Massard Road
Fort Smith, AR 72903

Locke Supply
1300 SE 82nd Street
Oklahoma City, OK 73149

Magnuson Worldwide
515 W. Misson Avenue
Spokane, WA 99202

Matt Miller
1808A Main Dr.
Springdale, AR 72762

Matthew Warner
1901 Napa Valley Drive
Little Rock, AR 72212

Matthew Warner
1003 Highway 25B North
Heber Springs, AR 72754

Michael Balesteri
Unknown
AR

Micros Leasing
5786 Widewaters Parkway
2nd Floor
Syracuse, NY 13214


Nathan Wilkerson
Unknown
AR


National Payment Processing
Merchant Processing Center
12202 Airport Way, Ste. 100
Broomfield, CO 80021


Northwest Arkansas Newspapers
PO Box 1607
Fayetteville, AR 72702


NuCo2
PO Box 9011
Stuart, FL 34995


Orpheum Property inc.
317 Exchange Place
New Orleans, LA 70130


Orpheum Property, Inc.
201 St. Charles Ave., Ste. 250
New Orleans, LA 70130


Orpheum Property, Inc.
317 Exchange Place
New Orleans, LA 70130


Orpheum Property, Inc.
201 St. charles Ave., ste. 250
New Orleans, LA 70130

Palmer HVAC, Inc.
2250 W. Sunset Ave., Suite 6
Springdale, AR 72762


Pellerin Laundry Machinery
PO Box 1137
Kenner, LA 70063


Receivables Control Corp
PO Box 9658
Minneapolis, MN 55440


Receivables Control Corp.
7373 Kirkwood Court, Ste. 200
Osseo, MN 55369


Sabre Hospitality Solutions
7285 Collection Center
Chicago, IL 60693


Saflok
PO Box 890247
Charlotte, NC 28289


Sammy Foster
13843 Viney Grove Road
Prairie Grove, AR 72753


SESAC, Inc.
PO Box 900013
Raleigh, NC 27675


Sharps Locks
420 North College
Fayetteville, AR 72701

Shorts Travel Management
1203 West Ridgeway Ave.
Waterloo, IA 50701


Sign *A* Rama
2603 Main Drive, Ste. 1
Fayetteville, AR 72704


SourceGas Arkansas
PO Box 660559
Dallas, TX 75266


Stanley V. Bond
Bond Law Firm
525 S. School Ave., Ste. 100
Fayetteville, AR 72701


Super Cool
12898 S. Ervan Beeks Road
Farmington, AR 72730


Sysco Guest Supply
Corporate Office
PO Box 910
Monmouth Junction, NJ 08852


T. Scott Varaday
Associate General Counsel
University of Arkansas
421 Administration Building
Fayetteville, AR 72701


Tab Services
1754 Utica Square
PO Box 52039
Tulsa, OK 74152


TBones Management, LLC
Katherine Wilkerson, Registered Agent
22720 W. US Hwy 50
Salida, CO 81227

TBones Management, LLC
Kathy Wilkerson, Registered Agent
1255 S. Shiloh Dr.
Fayetteville, AR 72703


Tim Jones
Unknown
AR


Timbes Fire Protecion
207 South 3rd Street
Van Buren, AR 72956


Tina Bear
Unknown
AR


Travis Story
Katy Freeman
Story Law Firm
438 Millsap Rd., #103
Fayetteville, AR 72703

U.S. Department of Justice
Office of the U.S. Trustee
200 W. Capitol Ave., Ste. 1200
Little Rock, AR 72201

U.S. Dept. of Treasury - IRS
c/o Conner Eldridge, U.S. Attorney
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

U.S. Dept. of Treasury - IRS
Eric Holder, Attorney General of the U.S
Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530


Uline
PO Box 88741
Chicago, IL 60680

Upper Arkansas
Water Conservancy District
PO Box 1090
Salida, CO 81201


US Foods
Box 841844
Dallas, TX 75284


Washington County Tax Collector
Washington County Courthouse
280 N. College Ave., Ste. 202
Fayetteville, AR 72701


Wayland Northcott
Unknown
AR


Western Hotel Supply
PO Box 1555
Aberdeen, SD 57402


Wonderstate Media
205 N. College Avenue
Fayetteville, AR 72701

**UNITED STATES BANKRUPTCY COURT**
**Western District of Arkansas**

In re:    **TBones Management  LLC**

_____
                        Debtors

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    **April 1, 2015** _____

Signed:  **/s/ Jill Jacoway** _____

Dated:  _____

Signed:  _____

Signed:    **/s/ Bianca M. Rucker** _____
          **Bianca M. Rucker**
          **Attorney for Debtor(s)**
          **Bar no.: 2006310**
          **3333 Pinnacle Hills Pkwy, Ste. 510**
          **Rogers, Arkansas 72758**
          **Telephone No: (479) 986-0888**
          **Fax No: (501) 376-9442**

          **E-mail address: brucker@wlj.com**